**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                        ) | Criminal Action No. 03-340 |
| ) | |
| JUNE ELIZABETH CHARLES,    ) | |
| ) | |
| Defendant.            ) | |

**ORDER**

This matter comes before the Court on the Government's Motion for Reduction of Sentence for Substantial Assistance pursuant to Rule 35(b). It appearing to the Court that Defendant has provided "substantial assistance in investigating or prosecuting another person," Fed. R. Crim. P. 35(b), it is hereby

ORDERED that the Government's Motion is GRANTED and the Defendant's sentence is reduced from the sixty (60) months heretofore imposed to thirty (30) months.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 27, 2005